1
2
3
4
5          **UNITED STATES DISTRICT COURT**
6          **CENTRAL DISTRICT OF CALIFORNIA**
7

| | |
|---|---|
| 8   DIEANA HOLLIE | Case No.: 2:17-cv-08316-JAK-SS |
| 9                   Plaintiff, | |
| 10        v. | **JUDGMENT** |
| 11  CITY OF LONG BEACH, FRANK | <mark>JS-6</mark> |
| 12  RAMIREZ, CHERYL BLACK, and DOES 1-20 | |
| 13                   Defendants. | |

14
15
16        The motion of Defendant, City of Long Beach, for dismissal under Fed. R.
17  Civ. P. 12(b)(6) and/or in the alternative under Fed. R. Civ. P. 12(e) came on for
18  hearing before this Court. The Court, having considered the moving papers, papers
19  in opposition, and in reply, and considering any argument of counsel, and good
20  cause appearing, granted the Defendant's motion to dismiss and ordered the
21  complaint dismissed without leave to amend. Based thereon, judgment shall be
22  entered in Defendant's favor.
23        IT IS SO ORDERED.
24
25  Dated: August 23, 2018
26                                                 JOHN A. KRONSTADT
                                                   UNITED STATES DISTRICT JUDGE
27
28